AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**DEONDRE BOYER**

**WARRANT FOR ARREST**

CASE NUMBER: 05- /26m-MPT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Deondre Boyer when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

knowingly possessing a firearm in or affecting interstate commerce after being convicted of a crime that is punishable by imprisonment for a term exceeding one year

in violation of Title __18__ United States Code, Section (s) __922(g)(1) and 924(a)(2)__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

**United States Magistrate Judge**
**District of Delaware**
Title of Issuing Officer

[signature]
Signature of Issuing Officer

October 27, 2005   Wilmington, DE
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 10/28/05 | NAME AND TITLE OF ARRESTING OFFICER Robert Denney SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 10/28/05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest