IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                           Criminal Action No. 05 – 98-UNA

DEONDRE BOYER,



    Defendant.

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about October 27, 2005, in the State and District of Delaware, the defendant, DEONDRE BOYER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about November 12, 2002, in the United States District Court for the District of Delaware, did knowingly possess in and affecting commerce a firearm, to wit, a Taurus model PT-40 .40 caliber pistol, serial number 09833, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

*Foreperson*

COLM F. CONNOLLY
United States Attorney

By: _Douglas E. McC_
Douglas E. McCann
Assistant United States Attorney

Date: November 1, 2005

FILED
NOV 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE