IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-cr-98 GMS |
| | : |
| DEONDRE BOYER | |
| | : |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a scheduling conference regarding the above-named defendant is scheduled for **Wednesday, January 4, 2006, at 2:00 p.m., in chambers,** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

December 16, 2005