**JOE HURLEY**
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
———
(302) 658-8980
MEMBER DEL. AND FLA. BARS

December 19, 2005

The Honorable Gregory M. Sleet
U.S. District Court
844 King Street
Wilmington, DE 19801

      Re:  U.S. v. Deondre Boyer
           Cr.A. No. 05-98-GMS

Dear Judge Sleet:

      The purpose of this correspondence is to ask for a slight modification with regard to the scheduling conference currently scheduled for January 4th at 2:00 p.m. On that date, I expect to be in Ft. Lauderdale.

      I would ask, therefore, in the alternative, that the conference be scheduled in Ft. Lauderdale or that I be permitted to contact Chambers, by telephone, in order to accommodate the current scheduling.

      If neither of those suggestions is satisfactory, then I would ask for a brief rescheduling of the matter since I do not return to Delaware until later in the day on January 4th.

                                      Respectfully,

                                      Joe Hurley

JAH:jr
pc: Douglas E. McCann, Esquire

DICTATED BUT NOT READ DUE
TO ABSENCE FROM OFFICE.

FILED
DEC 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE