IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-98-GMS |
| DEONDRE BOYER, | : | |
| Defendant. | : | |

### DECLARATION OF SPECIAL AGENT JASON KUSHEBA

1.  I am a Special Agent of the United States Bureau of Alcohol Tobacco Firearms and Explosives ("ATF").

2.  I have been directly involved in the investigation that has resulted in the prosecution of the above-captioned defendant on the charges set forth in the indictment. I am familiar with the recorded contact that was part of this investigation.

3.  I have read the government's Motion to Admit Videotape Recording. Based upon my personal knowledge and my discussions with other law enforcement officers involved in this investigation, I declare under penalty of perjury that the statements in those paragraphs are true and correct to the best of my information and belief.

_____
Special Agent Jason Kusheba

Dated: December 28, 2005