IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-98-GMS |
| DEONDRE BOYER, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this ___ day of _____, having considered the government's Motion to Admit Videotape Recording and any opposition thereto,

IT IS HEREBY ORDERED that the government's Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE