## CERTIFICATE OF SERVICE

      I, Douglas E. McCann, hereby certify that the foregoing Motion to Admit Videotape Recording and Declaration of Jason Kusheba was served this 28th Day of December, 2005, on the following counsel in the manner indicated:

**BY HAND**

Joseph A. Hurley, Esq.
1215 King Street
Wilmington, DE 19801
(302) 658-8980

                                                                      Douglas E. McCann