IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-98 GMS |
| | ) | |
| DEONDRE BOYER | ) | |
| | ) | |
| Defendant. | ) | |

### SCHEDULING ORDER

The above named defendant having entered a plea of not guilty to the charge pending against

him in this court, it therefore being necessary to bring the case promptly to trial, after having met

with counsel, IT IS HEREBY ORDERED that:

1.    Counsel have advised the court that a motions hearing will not be necessary.

2.    The court will hold a pre-trial conference in chambers on **Thursday, March 30,**

**2006, at 1:30 p.m.**  No later than **one week prior to this conference**, counsel for the government

shall submit a joint set of jury instructions, with supporting authorities and objections, along with

any proposed special voir dire of the jury panel.  This submission shall be accompanied by a

computer diskette which contains a copy of these instructions and proposed special voir dire.

Counsel will work out their own briefing schedule regarding any motions in limine, which are to be

fully briefed no later than **March 23, 2006.**  Any motions in limine shall be submitted in a manner

so that briefing on them is completed on the day that the joint set of jury instructions and the

proposed voir dire is due.

3.    Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea

(except to all counts of the indictment or information) shall be noticed on or before the date of the

pre-trial conference.  The guilty plea shall be entered on or before the day trial is set to commence.

4.    A jury trial (3 days) is scheduled to commence on **Monday,  May 1, 2006, at 9:00**

**a.m.** in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in

Wilmington, Delaware.  Counsel shall arrive at chambers at **8:30 a.m.**


Date: January 4, 2006                    /s/ Gregory M. Sleet
                                         UNITED STATES DISTRICT JUDGE