IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEONDRE BOYER,<br><br>Defendant. | REDACTED<br><br>Criminal Action No. 05-98-GMS |

### SUPERSEDING INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about October 27, 2005, in the State and District of Delaware, the defendant, DEONDRE BOYER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about November 12, 2002, in the United States District Court for the District of Delaware, did knowingly possess in and affecting commerce a firearm, to wit, a Taurus model PT-40 .40 caliber pistol, serial number 09833, and rounds of .40 caliber ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Date: January 3, 2005

FILED
JAN 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE