IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-98 GMS |
| | : |
| DEONDRE BOYER | : |
| | : |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a telephone conference regarding a possible conflict with the trial date in this case is scheduled for **Friday, February 24, 2006, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge. **Counsel are directed to initiate the telephone conference.**

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

February 1, 2006