## JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
—
(302) 658-8980
MEMBER DEL. AND FLA. BARS

February 2, 2006

The Honorable Gregory M. Sleet
U.S. District Court
844 King Street
Wilmington, DE 19801

      Re:  U.S. v. Deondre Q. Boyer
            Cr.A. No. 05-98-GMS

Dear Judge Sleet:

      Previously, I notified you of a problem in the scheduling of the Boyer matter. I enclose a copy of a Motion that the State filed, with my blessing, in the matter that conflicted with Boyer.

      I offer this for two reasons. Firstly, in order to demonstrate that, indeed, efforts are being made to adjust the other matter and, secondly, to alert you to the fact that it is entirely possible that the conflict, previously described, will be avoided.

                                                Respectfully,

                                                Joe Hurley

JAH:jr
Enclosure
pc:  Douglas E. McCann, Esquire,
      w/enclosure