

2006 FEB 15  AM 9:43

# JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
(302) 658-8980
MEMBER DEL. AND FLA. BARS

February 13, 2006

The Honorable Gregory M. Sleet
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re:  U.S. v. Deondre Q. Boyer
           Cr.A. No. 05-98-GMS

Dear Judge Sleet:

    Fortunately, I have been able to obviate the conflict in my schedule, therefore, there will be no request for any rescheduling in this matter.

                          Respectfully,

                          Joe Hurley

JAH:jr

pc:  Douglas E. McCann, Esquire

2006 FEB 15  AM 9: 42

The Honorable Gregory M. Sleet
U.S. District Court
844 King Street
Wilmington, DE 19801

