IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.                              : Criminal No. 05-98 GMS

DEONDRE BOYER

### ORDER TO EXCLUDE TIME

Due to the court's schedule, the 3-day trial of this case is rescheduled from May 1, 2006, to May 8, 2006, The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial.

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

The time period between the date of this Order and May 8, 2006, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

March __7__, 2006