**JOE HURLEY**
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
———
(302) 658-8980
MEMBER DEL. AND FLA. BARS

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAR 14  AM 8:56

March 8, 2006

The Honorable Gregory M. Sleet
U.S. District Court
844 King Street
Wilmington, DE 19801

      Re:  U.S. v. Deondre Boyer
           Cr.A. No. 05-98-GMS

Dear Judge Sleet:

      Your Order rescheduling the trial until March 8th has been brought to my attention.

      The Court may recall that I had indicated to the Court that I had a conflict in my schedule which would have precluded a May 1st trial date. Specifically, I was scheduled to participate in a Vehicular Homicide trial in the Superior Court. Realizing, however, that Mr. Boyer was being held in custody, I approached the Superior Court and was successful in having that trial rescheduled until May 9th. Frankly, that took some "doing" because Chief Justice Myron Steele is "cracking the whip" with regard to the scheduling of the cases, and the Homicide case was vintage.

      As you will readily appreciate, the date you have selected now, once again, creates a conflict with that case.

      I cannot, in good conscience, go back to Judge Carpenter and say, essentially, "Oh I've changed my mind, I need to reschedule this case again.".

      There are only two options available for me, and I will seek the Court's guidance.

The Honorable Gregory M. Sleet
March 8, 2006
Page 2

      The first option is that May 8th not be the date for the rescheduling of the May 1st trial date or the second option is I will withdraw as counsel and have Mr. Boyer select other counsel.

                                        Respectfully,

                                        Joe Hurley

JAH:jr
pc: Douglas E. McCann, Esquire



JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801

The Honorable Gregory M. Sleet
U.S. District Court
844 King Street
Wilmington, DE 19801