IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-98 GMS |
| | : |
| DEONDRE BOYER | |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the two-day, jury trial, regarding the above-named defendant is rescheduled to **Wednesday, May 3, 2006, at 9:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

March 21, 2006