IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-98 GMS |
| | : |
| DEONDRE BOYER | |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the pretrial conference regarding the above-captioned case is rescheduled to **Thursday, March 30, 2006, at 2:15 p.m. (rather than at 1:30 p.m.)** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 King Street, Wilmington, DE. The pretrial conference will be held in chambers.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

March 24, 2006