## JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
(302) 658-8980
MEMBER DEL. AND FLA. BARS

March 27, 2006

The Honorable Gregory M. Sleet
U.S. District Court
844 North King Street
Wilmington, DE 19801

      Re:  U.S. v. Deondre Q. Boyer
           Cr.A. No. 05-98-GMS

Dear Judge Sleet:

      Even though I am on vacation, Mr. McCann and I have agreed upon the jury instructions and which will be submitted pursuant to your deadline. Although we have agreed on jury instructions, however there is one matter which Mr. McCann has not addressed nor do I expect him to since it is an affirmative defense. My client will rely upon the rarely used "choice of evils"/justification defense.

      I am going to have to submit "one of those things", and I don't return to Delaware until April 5th. If I could have until the following Monday, I am sure I could "scare up something" over the weekend after my return.

                                          Respectfully,

                                          Joe Hurley

JAH:jr
pc: Douglas E. McCann, Esquire

DICTATED BUT NOT READ DUE
TO ABSENCE FROM OFFICE.

JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAR 28 PM 12: 17

The Honorable Gregory M. Sleet
U.S. District Court
844 North King Street
Wilmington, DE 19801