IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
Plaintiff, :
:
v. : Criminal Action No. 05-98-GMS
:
DEONDRE BOYER, :
:
Defendant. :

### ORDER

AND NOW, this 30th day of March, having considered the government's Motion to Admit Videotape Recording and any opposition thereto,

IT IS HEREBY ORDERED that the government's Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

FILED
MAR 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE