IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA       :

       :

     v.       : Criminal No. 05-98 GMS

       :

DEONDRE BOYER       :

       :

### NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the 2-day jury trial regarding the above-named defendant

is rescheduled to **Thursday, April 27, 2006, 9:00 a.m.** before the Honorable Gregory M. Sleet,

United States District Judge, Courtroom 4A, United States Courthouse, 844 King Street,

Wilmington, DE.  **Counsel are directed to arrive at Courtroom 4A at 8:30 a.m.**


       /s/ Gregory M. Sleet_____
       UNITED STATES DISTRICT JUDGE

April 11, 2006