

## U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*          *(302) 573-6277*
*1007 Orange Street, Suite 700*      *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

April 13, 2006

**BY CM/ECF**

Honorable Gregory M. Sleet
844 N. King Street
 Room 4324
 Lockbox 19
 Wilmington, DE 19801

**Re: United States v. Deondre Boyer, Cr. A. No. 05-98 GMS**

Dear Judge Sleet:

        Counsel for the Defendant has informed me that the Defendant is willing to plead guilty
to the offense charged in this case.  I respectfully ask the Court to set a date and time for a Rule
11 hearing.  I enclose a copy of the Memorandum of Plea Agreement for the Court's
consideration.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney


                                    By: /s/ Douglas E. McCann
                                        Douglas E. McCann
                                        Assistant United States Attorney


Enclosure

cc:    Dr. Peter T. Dalleo (By CM/ECF)
       Joe Hurley, Esquire (By Facsimile)