IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :     Criminal Action No. 05-98-GMS |
| DEONDRE BOYER, | : |
| Defendant. | : |

## MOTION TO DISMISS INDICTMENT

COMES NOW, the United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby moves the Court to dismiss the Indictment in this case.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

DATED:    August 2, 2006

IT IS SO ORDERED this 3rd day of August, 2006.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE