

2006 AUG 22 PM 12: 47

# JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801

(302) 658-8980
MEMBER DEL. AND FLA. BARS

August 9, 2006

The Honorable Gregory M. Sleet
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re:  U.S. v. Deondre Q. Boyer
         Cr.A. No. 05-98-GMS

Dear Judge Sleet:

       To the extent it is within the ability of the Court, my client has asked me to request that the Court make a sentencing recommendation to the extent that the defendant be placed in a Federal facility that is as close, geographically, to the Wilmington area as possible. The defendant is the biological father of four different children and wishes to remain invested in their lives as much as possible given the circumstances.

                                    Respectfully,

                                      Joe Hurley

JAH:jr

pc:  Douglas E. McCann, Esquire
     Mr. Deondre Q. Boyer

JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801



FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 AUG 22  PM 12: 47

The Honorable Gregory M. Sleet
U.S. District Court
844 King Street
Wilmington, DE 19801